UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DR. JAY BERGER, | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| v. | } | CIVIL ACTION FILE |
| | } | NO. 1:13-CV-3251-~~RXX~~ RWS |
| DORN M. LAWRENCE, | } | |
| | } | |
| Defendant. | } | |
| | } | |

### NOTICE OF ISSUANCE OF SUBPOENA

Notice is hereby given to the Defendant that the following Subpoena, a copy of which is attached, was issued on September 14, 2015:

a. Scott D. Gillogly, MD.

S/ G. BRIAN SPEARS
Bar No. 670112
Attorney for Plaintiff

1126 Ponce de Leon Ave., N.E.
Atlanta, Georgia 30306
Tele: (404) 872-7086
Fax: (404) 892-1128
Email: Bspears@mindspring.com

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | | |
|---|---|---|
| DR. JAY BERGER | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  1:13-CV-3251-RLV |
| DORN M. LAWRENCE | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | ) |

## VIDEO-TAPED
## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Scott D. Gillogly, MD, Atlanta Sports Medicine, 3200 Downwood Circle, Suite 500, Atlanta, GA 30327

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Atlanta Sports Medicine, 3200 Downwood Circle, Suite 500, Atlanta, GA 30327 | Date and Time: 09/22/2015 3:30 pm |
|---|---|

The deposition will be recorded by this method: _____

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

1. Complete medical records from February 10, 2015 to present date; and
2. Complete billings from Atlanta Sports Medicine from February 10, 2015 to present date.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 09/14/2015

*CLERK OF COURT*

OR

_____   _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
_____, who issues or requests this subpoena, are:

Brian Spears, Attorney for Plaintiff
1126 Ponce de Leon Ave., Atlanta, GA 30306
Tele: (404) 872-7086       Email: bspears@mindspring.com

# CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2015, I electronically filed the attached with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Robert Godfrey
Lashawn W. Terry
Sr. Assistant City Attorney
City of Atlanta Law Department
68 Mitchell Street, SW, Suite 4100
Atlanta, GA 30303

I further certify that this document in Times New Roman 14 point is in accordance with L.R. 5.1.

S/BRIAN SPEARS, ECF-Registered Attorney
Georgia Bar No. 670112
Attorney for Plaintiff
1126 Ponce de Leon Avenue
Atlanta, GA 30306
Telephone: (404) 872-7086
Email: Bspears@mindspring.com