# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

DR. JAY BERGER,  :
      Plaintiff,  :
v.  : CIVIL ACTION NO.
   : 1:13-CV-3251-RWS
DORN M. LAWRENCE,  :
      Defendant.  :

## **VERDICT**

Do you find by a preponderance of the evidence:

(a)   That Plaintiff proved his claim that Defendant used excessive or unreasonable force during an arrest.

      Answer "Yes" or "No"   __YES__

If you answer "No," this will end your deliberations. If you answer "Yes", you will proceed to Section (b).

(b)   That Plaintiff should be awarded compensatory damages.

      Answer "Yes" or "No"   __YES__

      If you answer "Yes," in what amount?  $__125,000__

AO 72A
(Rev.8/82)

If you answer "Yes," proceed to Section (c) after stating the amount. If you answer "No," this will complete your deliberations.

(c)   That Plaintiff is entitled to punitive damages?

Answer "Yes" or "No"   __NO__

**SO SAY WE ALL.**

Date: __3/3/16__                               __[signature]__
                                                                       FOREPERSON