LAW OFFICES OF
# G. BRIAN SPEARS, P.C.

1126 Ponce de Leon Ave, NE  
Atlanta, Georgia 30306-4517

TEL: (404) 872-7086  
FAX: (404) 892-1128  
EMAIL: BSpears@mindspring.com



April 21, 2016

Clerk, United States District Court  
Northern District of Georgia  
2211 United States Courthouse  
75 Ted Turner Dr., S.W.  
Atlanta, Georgia 30303

   Re: Berger v. Lawrence  
      Civil Action File No. 1:13-CV-3251-RWS

Dear Sir or Madam:

Please accept this letter as my request that a Writ of Execution be entered in the above-styled action. A completed form is enclosed.

In addition, please provide a certified copy of the Judgment, D.E. 164, to the undersigned. My firm check in the amount of $11.50 is enclosed.

Thank you.

              Sincerely,

              Brian Spears

BS:tsk

Enc.